[No. 69272-1-I.   Division One.   January 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BRUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-02042-2, George F.B. Appel, J., entered September 6, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 69418-9-I.   Division One.   January 27, 2014.]

TOWARD RESPONSIBLE DEVELOPMENT ET AL., *Appellants*, v. THE CITY OF BLACK DIAMOND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-35957-5, Patrick H. Oishi, J., entered August 27, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Verellen, JJ.

[No. 69517-7-I.   Division One.   January 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE DEAN III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04365-1, Bruce E. Heller, J., entered October 19, 2012. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.

[No. 69769-2-I.   Division One.   January 27, 2014.]

MAGNADRIVE CORPORATION, *Respondent*, v. MAGNA FORCE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20455-1, Laura C. Inveen, J., entered December 28, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Appelwick, J.